IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| WILLIAM KENNETH KELLY,<br><br>　　　　Plaintiff,<br>v.<br><br>UNUM GROUP and UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendants. | **FINAL JUDGMENT**<br><br>Case No. 2:20-cv-00622-JNP-DBP<br><br>District Judge Jill N. Parrish<br><br>Magistrate Judge Dustin B. Pead |

　　　　IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants UNUM Group and UNUM Life Insurance Company of America and against plaintiff William Kenneth Kelly.

　　　　DATED March 21, 2022.

　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Jill N. Parrish
　　　　　　　　　　　　　　　　　　United States District Court Judge